IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| SAIBU ALHASSAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 4:17-cv-0432-KOB-JEO |
| SCOTT HASSELL, Warden, Etowah ) | |
| County Jail, et al., ) | |
| ) | |
| Respondents. ) | |

## **MEMORANDUM OPINION**

This is a habeas corpus action under 28 U.S.C. § 2241, filed by Petitioner Saibu Alhassan, *pro se*. Petitioner challenges the legality of his continued detention by federal immigration authorities pending his removal from the United States under the Immigration and Nationality Act. (*See* Doc. 1). Respondents have moved to dismiss the action as moot, on the ground that Petitioner has been removed from the United States. (Doc. 9).

Respondents' motion is supported by a declaration by a Supervisory Detention and Deportation Officer who states that Petitioner was removed from the United States on June 13, 2017. (Doc. 9-1). As a result, Petitioner's habeas corpus claim for release under an order of supervision or for repatriation is moot because the court can no longer provide meaningful relief. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th

Cir. 2003). Respondents' motion is due to be granted and this action is due to be dismissed. A separate Final Order will be entered.

DONE and ORDERED this 23rd day of June, 2017.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE